```
1   Richard S.J. Hung (CA SBN 197425)
    rhung@mofo.com
2   Joyce Liou (CA SBN 277720)
    jliou@mofo.com
3   Jack W. Haisman (CA SBN 346100)
    jhaisman@mofo.com
4   MORRISON & FOERSTER LLP
    425 Market Street
5   San Francisco, California 94105-2482
    Telephone: 415.268.7000
6   Facsimile: 415.268.7522

7   THOMAS M. HADID (CA SBN 291390)
    thadid@mofo.com
8   MORRISON & FOERSTER LLP
    707 Wilshire Blvd., Suite 6000
9   Los Angeles, California 90017-3453
    Telephone: 213.892.5200
10  Facsimile: 213.892.5454

11  Attorneys for Plaintiff
    CREDO TECHNOLOGY GROUP, LTD.
12
    Vijay K. Toke (CA SBN 215079)
13  Nikolaus A. Woloszczuk (CA SBN 286633)
    PRANGER LAW PC
14  88 Guy Place, Suite 405
    San Francisco, CA 94105
15  Tel: 415-885-9800 | Fax: 415-944-1110
    vtoke@prangerlaw.com
16  nwoloszczuk@prangerlaw.com

17  ATTORNEYS FOR DEFENDANT
    CREDO.AI CORP.
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Credo Technology Group, Ltd., <br><br> Plaintiff, <br><br> v. <br><br> Credo.AI Corp., <br><br> Defendant. | Case No. 3:24-cv-02032-CRB <br><br> **STIPULATION TO EXCEED PAGE LIMITS FOR SUMMARY JUDGMENT BRIEFING & [~~PROPOSED~~] ORDER** |

STIPULATION TO EXCEED PAGE LIMITS FOR SUMMARY JUDGMENT BRIEFING &
[~~PROPOSED~~] ORDER
Case No. 3:24-cv-02032-CRB

Pursuant to Civil Local Rules 7-11, 7-12, and this Court's General Standing Order for Civil and Criminal Cases Before Judge Charles R. Breyer, Plaintiff Credo Technology Group, Ltd. ("Plaintiff" or "Credo") and Credo.AI Corp. ("Defendant" or "Credo AI"), through their respective counsel, hereby stipulate and respectfully request leave of Court to exceed the page limits set forth in the Judge Breyer's Standing Order for the parties' summary judgment briefing.

Under Judge Breyer's Standing Order, memoranda of points and authorities in support of or in opposition to motions for summary judgment are limited to 25 pages and reply briefs are limited to 15 pages. Judge Breyer's Standing Order § I(C) (Motion Practice). Counsel for the parties have met and conferred and agree that additional pages will assist the Court in fully addressing the dispositive issues.

The Parties submit that good cause exists for this request. This action involves an extensive factual record and expert reports from ten experts. The additional pages will enable the Parties to present a complete discussion of the controlling law and the presence or absence of any disputes of material facts, thereby assisting the Court in resolving the dispositive issues.

Accordingly, the Parties stipulate and jointly request that the Court permit the following page limits for summary judgment briefing:

1. Opening Brief: up to 30 pages.
2. Opposition/Response Brief: up to 30 pages; and
3. Reply Brief: up to 18 pages.

STIPULATION TO EXCEED PAGE LIMITS FOR SUMMARY JUDGMENT BRIEFING & [~~PROPOSED~~] ORDER
Case No. 3:24-cv-02032-CRB

Case 3:24-cv-02032-CRB   Document 69   Filed 10/30/25   Page 3 of 3

IT IS SO STIPULATED.                    Respectfully submitted,

Dated: October 30, 2025                 MORRISON & FOERSTER LLP

                                        By:  /s/ Joyce Liou
                                             Joyce Liou
                                             Richard S.J. Hung
                                             Thomas M. Hadid
                                             Jack W. Haisman
                                             *Attorneys for Plaintiff*
                                             CREDO TECHNOLOGY
                                             GROUP, LTD.

Dated: October 30, 2025                 PRANGER LAW PC

                                        By:  /s/ Vijay K. Toke
                                             Vijay K. Toke
                                             Nikolaus A. Woloszczuk
                                             *Attorneys for Defendant*
                                             CREDO.AI CORP.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 30, 2025                 _____
                                        Hon. Charles R. Breyer
                                        United States District Court Judge

STIPULATION TO EXCEED PAGE LIMITS FOR SUMMARY JUDGMENT BRIEFING & [PROPOSED] ORDER
Case No. 3:24-cv-02032-CRB

3