1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CREDO TECHNOLOGY GROUP, LTD.,<br><br>            Plaintiff,<br><br>    v.<br><br>CREDO.AI CORP.,<br><br>            Defendant. | Case No. 3:24-cv-02032-CRB<br><br>[~~PROPOSED~~] **ORDER RE: ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

[~~Proposed~~] Order Re: Admin. Mot to File Under Seal
Case No. 3:24-cv-02032-CRB

1  Having considered Plaintiff's December 18, 2025 Administrative Motion to File Under
2  Seal, the Court hereby **GRANTS** the Motion and ORDERS that the following materials shall be
3  sealed:

| Document | Portions to be Sealed |
|---|---|
| Credo's Reply in Support of its Motion for Partial Summary Judgment | Portions highlighted in YELLOW quoting or describing the confidential materials below (p. 16) |

**IT IS SO ORDERED.**

Dated: December 19, 2025

_____
HONORABLE CHARLES R. BREYER
United States District Judge