UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CREDO TECHNOLOGY GROUP, LTD., <br><br>　　　　　Plaintiff, <br><br>　v. <br><br>CREDO.AI CORP., <br><br>　　　　　Defendant. | Case No. 3:24-cv-02032-CRB <br><br>[~~PROPOSED~~] **ORDER RE: ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED** |

Having considered Plaintiff's December 18, 2025 Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed, the Court hereby **GRANTS (IN PART)** / **DENIES (IN PART)** the Motion and ORDERS that the following materials shall be sealed:

| Document | Portions to be Sealed | Designating Party | Ruling |
| --- | --- | --- | --- |
| Credo's Reply in Support of its Motion for Partial Summary Judgment | Entire Document | Defendant | |
| Declaration of Joyce Liou in support of Credo's Reply in Support of its Motion for Partial Summary Judgment | Entire Document | Defendant | |
| Ex. E, Expert Rebuttal Report of Steven B. Boyles | Entire Document | Defendant | |
| Ex. G, CREDO.AI0001205 | Entire Document | Defendant | |

**IT IS SO ORDERED.**

Dated: December 19 2025

HONORABLE CHARLES R. BREYER
United States District Judge

[~~Proposed~~] Order Re: Admin. Mot to Consider Whether Another Party's Materials Should be Sealed
Case No. 3:24-cv-02032-CRB      1