1 | Vijay K. Toke (SB# 215079)
2 | Nikolaus A. Woloszczuk (SB# 286633)
  | PRANGER LAW PC
3 | 88 Guy Place, Suite 405
  | San Francisco, CA 94105
4 | Tel: 415-885-9800 | Fax: 415-944-1110
  | vtoke@prangerlaw.com
5 | nwoloszczuk@prangerlaw.com

6 | Attorneys for Defendant
  | CREDO.AI CORP.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| CREDO TECHNOLOGY GROUP, LTD., | Case No. 3:24-cv-02032-CRB |
|---|---|
| Plaintiff, | **[PROPOSED]** ORDER GRANTING DEFENDANT CREDO.AI CORP.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF CREDO.AI CORP.'S REPLY IN SUPPORT OF CREDO.AI'S MOTION FOR SUMMARY JUDGMENT |
| vs. | |
| CREDO.AI CORP., | |
| Defendant. | |

(Note: "PROPOSED" is shown with strikethrough.)

Having considered Defendant Credo.AI Corp.'s ("Credo AI") Administrative Motion to File Under Seal Portions of Credo.AI Corp.'s Reply in Support of Credo.AI's Motion for Summary Judgment, and exhibits thereto ("Administrative Motion"), and any statements or opposition papers submitted in responses thereto, and for good cause shown, IT IS HEREBY ORDERED that the Administrative Motion is GRANTED.

The following materials shall remain under seal:

| DOCUMENT | PORTION TO BE FILED UNDER SEAL | BASIS FOR SEALING |
|---|---|---|
| Credo AI's Reply Brief in Support of Credo AI's Motion for Summary Judgment | Highlighted Portions in **GREEN** by page:line (pp. 2:24, 10:13) | Declaration of Vijay K. Toke in Support of Administrative Motion to File Under Seal Portions of Credo AI's Reply in Support of Credo AI's Motion for Summary Judgment, ¶ 3 |
| Exhibit 5 to the Declaration of Nikolaus A. Woloszczuk in Support of Credo AI's Reply Brief in Support of Credo AI's Motion for Summary Judgment – Excerpts to Plaintiff's Expert Report of Douglas Kidder dated October 27, 2025 | Highlighted Portions in **GREEN** | Declaration of Vijay K. Toke in Support of Administrative Motion to File Under Seal Portions of Credo AI's Reply in Support of Credo AI's Motion for Summary Judgment, ¶ 4 |

**IT IS SO ORDERED.**

Dated: _January 2,___2026         By: _____

                                  Hon. Charles R. Breyer
                                  United States District Court Judge