Vijay K. Toke (SB# 215079)
Nikolaus A. Woloszczuk (SB# 286633)
PRANGER LAW PC
88 Guy Place, Suite 405
San Francisco, CA 94105
Tel: 415-885-9800 | Fax: 415-944-1110
vtoke@prangerlaw.com
nwoloszczuk@prangerlaw.com

Attorneys for Defendant
CREDO.AI CORP.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CREDO TECHNOLOGY GROUP, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> CREDO.AI CORP., <br><br> Defendant. | Case No. 3:24-cv-02032-CRB <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT CREDO.AI CORP.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS FILED IN CONJUNCTION WITH CREDO.AI CORP.'S REPLY IN SUPPORT OF CREDO.AI'S MOTION FOR SUMMARY JUDGMENT SHOULD BE SEALED** |

[PROPOSED] ORDER GRANTING MOT. TO CONSIDER SEALING OTHER PARTY'S MATERIALS SUBMITTED IN SUPPORT OF CREDO.AI'S REPLY ISO MSJ

CASE NO. 3:24-cv-02032-CRB

Having considered Defendant Credo.AI's Administrative Motion to Consider Whether Another Party's Materials Filed in Conjunction with Credo.AI Corp.'s Reply in Support of Credo AI Corp.'s Motion for Summary Judgment Should be Sealed ("Administrative Motion"), and any statements or opposition papers submitted in response thereto, and for good cause shown, IT IS HEREBY ORDERED that the Administrative Motion is GRANTED.

The following materials shall be filed under seal:

| DOCUMENT | PORTION TO BE FILED UNDER SEAL | DESIGNATING PARTY |
|---|---|---|
| Credo AI's Reply Brief in Support of Credo AI's Motion for Summary Judgment | Highlighted Portions in **BLUE** (pp. 1:18-20, 2:20-22, 2:23-24, 4:22, 4:24, 5:19, 9:10-11, 12:15-16, 14:22-15:2, 15:4-6, 16:6, 16:9, 16:13-14) | Plaintiff Credo Technology Group, Ltd. |
| Credo AI's Reply Brief in Support of Credo AI's Motion for Summary Judgment | Highlighted Portions in **YELLOW** (p. 12:12-13) | Google LLC |
| Exhibit 5 to the Declaration of Nikolaus A. Woloszczuk in Support of Credo AI's Reply Brief in Support of Credo AI's Motion for Summary Judgment – Excerpts to Plaintiff's Expert Report of Douglas Kidder dated October 27, 2025 | Entire excerpted document. | Plaintiff Credo Technology Group |

**IT IS SO ORDERED.**

Dated: January 2, 2026     By: _____

Hon. Charles R. Breyer
United States District Court Judge

[~~PROPOSED~~] ORDER GRANTING MOT. TO CONSIDER SEALING OTHER PARTY'S MATERIALS SUBMITTED IN SUPPORT OF CREDO.AI'S REPLY ISO MSJ

CASE NO. 3:24-cv-02032-CRB