Vijay K. Toke (SB# 215079)
Nikolaus A. Woloszczuk (SB# 286633)
PRANGER LAW PC
88 Guy Place, Suite 405
San Francisco, CA 94105
Tel: 415-885-9800 | Fax: 415-944-1110
vtoke@prangerlaw.com
nwoloszczuk@prangerlaw.com

Attorneys for Defendant
CREDO.AI CORP.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CREDO TECHNOLOGY GROUP, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> CREDO.AI CORP., <br><br> Defendant. | Case No. 3:24-cv-02032-CRB <br><br> [~~PROPOSED~~] ORDER GRANTING DEFENDANT CREDO.AI CORP.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS MOTION TO EXCLUDE EVIDENCE OF CORRECTIVE ADVERTISING, STRIKE PLAINTIFF'S JURY DEMAND AND WITHDRAW DEFENDANT'S JURY DEMAND |

[~~PROPOSED~~] ORDER GRANTING DEFENDANT CREDO.AI CORP.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS MOTION TO EXCLUDE EVIDENCE OF CORRECTIVE ADVERTISING, STRIKE PLAINTIFF'S JURY DEMAND AND WITHDRAW DEFENDANT'S JURY DEMAND

CASE NO. 3:24-cv-02032-CRB

1

Having considered Defendant Credo.AI Corp.'s ("Credo AI") Administrative Motion to File Under Seal Portions of Credo.AI Corp.'s Motion to Exclude Evidence of Corrective Advertising, Strike Plaintiff's Jury Demand and Withdraw Defendant's Jury Demand ("Administrative Motion"), and any statements or opposition papers submitted in responses thereto, and for good cause shown, IT IS HEREBY ORDERED that the Administrative Order is GRANTED.

The following materials shall be filed under seal:

| DOCUMENT | PORTION TO BE FILED UNDER SEAL | BASIS FOR SEALING |
|---|---|---|
| Exhibit 7 to the Declaration of Vijay K. Toke in Support of Credo AI's Motion to Exclude Evidence of Corrective Advertising, Strike Plaintiff's Jury Demand and Withdraw Defendant's Jury Demand –Plaintiff's Expert Report of Douglas Kidder dated May 7, 2025 | Highlighted Portions in **GREEN** by page,paragraph:line (p. 6, ¶ 19:1; p. 7, Table 2; p. 19, ¶ 48:1; p. 22, ¶ 55:5; p. 23, Table 10; Exhibit 3, p. 1, 3) | Declaration of Nikolaus A. Woloszczuk in Support of Administrative Motion to File Under Seal Portions of Credo AI's Motion to Exclude Evidence of Corrective Advertising, Strike Plaintiff's Jury Demand and Withdraw Defendant's Jury Demand ("Woloszczuk Decl."), ¶ 3 |
| Exhibit 9 to the Declaration of Vijay K. Toke in Support of Credo AI's Motion to Exclude Evidence of Corrective Advertising, Strike Plaintiff's Jury Demand and Withdraw Defendant's Jury Demand – Excerpts to Plaintiff's Supplemental Expert Report of Douglas Kidder dated October 27, 2025 | Highlighted Portions in **GREEN** by page:paragraph:line (p. 6, ¶ 20:1; p. 7, Table 2; p. 24, ¶ 63:1; p. 25, Table 13, ¶ 66:2-3, ¶ 67:1-5; p. 47, ¶ 141:9-11, 13; p. 48, ¶ 142:4-5) | Woloszczuk Decl. ¶ 3 |

**IT IS SO ORDERED.**

Dated: January 5, 2026        By: _____

Hon. Charles R. Breyer
United States District Court Judge

[~~PROPOSED~~] ORDER GRANTING DEFENDANT CREDO.AI CORP.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS MOTION TO EXCLUDE EVIDENCE OF CORRECTIVE ADVERTISING, STRIKE PLAINTIFF'S JURY DEMAND AND WITHDRAW DEFENDANT'S JURY DEMAND

CASE NO. 3:24-cv-02032-CRB