1  Vijay K. Toke (SB# 215079)
   Nikolaus A. Woloszczuk (SB# 286633)
2  PRANGER LAW PC
   88 Guy Place, Suite 405
3  San Francisco, CA 94105
   Tel: 415-885-9800 | Fax: 415-944-1110
4  vtoke@prangerlaw.com
   nwoloszczuk@prangerlaw.com
5
   Attorneys for Defendant
6  CREDO.AI CORP.

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

| 11 | CREDO TECHNOLOGY GROUP, LTD., | Case No. 3:24-cv-02032-CRB |
|---|---|---|
| 12 | Plaintiff, | [~~PROPOSED~~] ORDER GRANTING DEFENDANT CREDO.AI CORP.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS FILED IN CONJUNCTION WITH CREDO.AI CORP.'S MOTION TO EXCLUDE EVIDENCE OF CORRECTIVE ADVERTISING, STRIKE PLAINTIFF'S JURY DEMAND AND WITHDRAW DEFENDANT'S JURY DEMAND |
| 13 | vs. | |
| 14 | CREDO.AI CORP., | |
| 15 | Defendant. | |

---

[~~PROPOSED~~] ORDER GRANTING DEFENDANT CREDO.AI CORP.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS FILED IN CONJUNCTION WITH CREDO.AI CORP.'S MOTION TO EXCLUDE EVIDENCE OF CORRECTIVE ADVERTISING, STRIKE PLAINTIFF'S JURY DEMAND AND WITHDRAW DEFENDANT'S JURY DEMAND

CASE NO. 3:24-cv-02032-CRB

Having considered Defendant Credo.AI's Administrative Motion to Consider Whether Another Party's Materials Filed in Conjunction with Credo.AI Corp.'s Motion to Exclude Evidence of Corrective Advertising, Strike Plaintiff's Jury Demand and Withdraw Defendant's Jury Demand Should be Sealed ("Administrative Motion"), and any statements or opposition papers submitted in responses thereto, and for good cause shown, IT IS HEREBY ORDERED that the Administrative Motion is GRANTED.

The following materials shall be filed under seal:

| DOCUMENT | PORTION TO BE FILED UNDER SEAL | DESIGNATING PARTY |
| --- | --- | --- |
| Credo AI's Memorandum of Points and Authorities In Support of its Motion to Exclude Evidence of Corrective Advertising, Strike Plaintiff's Jury Demand and Withdraw Defendant's Jury Demand | Highlighted Portions in **YELLOW** by page:line (p. 3:22-28; p. 4:2-7, 9-10; p. 6:17-20, 22-24; p. 9:23-28; p. 11:7; p. 13:24-25; p. 14:9-10, 13-15) | Plaintiff Credo Technology Group, Ltd. |
| Exhibit 7 to the Declaration of Vijay K. Toke in Support of Credo AI's Motion to Exclude Evidence of Corrective Advertising, Strike Plaintiff's Jury Demand and Withdraw Defendant's Jury Demand –Plaintiff's Expert Report of Douglas Kidder dated May 7, 2025 | Entire document. | Plaintiff Credo Technology Group, Ltd. |
| Exhibit 9 to the Declaration of Vijay K. Toke in Support of Credo AI's Motion to Exclude Evidence of Corrective Advertising, Strike Plaintiff's Jury Demand and Withdraw Defendant's Jury Demand – Excerpts to Plaintiff's Supplemental Expert Report of Douglas Kidder dated October 27, | Entire excerpted document. | Plaintiff Credo Technology Group, Ltd. |

[~~PROPOSED~~] ORDER GRANTING DEFENDANT CREDO.AI CORP.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS FILED IN CONJUNCTION WITH CREDO.AI CORP.'S MOTION TO EXCLUDE EVIDENCE OF CORRECTIVE ADVERTISING, STRIKE PLAINTIFF'S JURY DEMAND AND WITHDRAW DEFENDANT'S JURY DEMAND
CASE NO. 3:24-cv-02032-CRB
2

| | | |
|---|---|---|
| 2025 | | |
| Exhibit 10 to the Declaration of Vijay K. Toke in Support of Credo AI's Motion to Exclude Evidence of Corrective Advertising, Strike Plaintiff's Jury Demand and Withdraw Defendant's Jury Demand – "Proposal for Six-Month Engagement," dated August 5, 2025, produced by Plaintiff Credo Semi at Bates Nos. CRDO_00010001-CRDO_00010003 | Entire document. | Plaintiff Credo Technology Group, Ltd. |

**IT IS SO ORDERED.**

Dated: January 5, 2026     By: _____

Hon. Charles R. Breyer
United States District Court Judge

[PROPOSED] ORDER GRANTING DEFENDANT CREDO.AI CORP.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS FILED IN CONJUNCTION WITH CREDO.AI CORP.'S MOTION TO EXCLUDE EVIDENCE OF CORRECTIVE ADVERTISING, STRIKE PLAINTIFF'S JURY DEMAND AND WITHDRAW DEFENDANT'S JURY DEMAND

CASE NO. 3:24-cv-02032-CRB

3