1  Joyce Liou (CA SBN 277720)
   jliou@mofo.com
2  Richard S.J. Hung (CA SBN 197425)
   rhung@mofo.com
3  Jack W. Haisman (CA SBN 346100)
   jhaisman@mofo.com
4  Irene Truong Quach (CA SBN 358638)
   iquach@mofo.com
5  MORRISON & FOERSTER LLP
   425 Market Street
6  San Francisco, California 94105-2482
   Telephone: 415.268.7000
7  Facsimile: 415.268.7522

8  Attorneys for Plaintiff
   CREDO TECHNOLOGY GROUP, LTD.
9
   Vijay K. Toke (CA SBN 215079)
10 Nikolaus A. Woloszczuk (CA SBN 286633)
   PRANGER LAW PC
11 88 Guy Place, Suite 405
   San Francisco, CA 94105
12 Tel: 415-885-9800 | Fax: 415-944-1110
   vtoke@prangerlaw.com
13 nwoloszczuk@prangerlaw.com

14 ATTORNEYS FOR DEFENDANT
   CREDO.AI CORP.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Credo Technology Group, Ltd.,<br><br>   Plaintiff,<br><br>  v.<br><br>Credo.AI Corp.,<br><br>   Defendant. | Case No. 3:24-cv-02032-CRB<br><br>**JOINT STIPULATION AND MOTION TO MODIFY CASE SCHEDULE & [~~PROPOSED~~] ORDER** |

Plaintiff Credo Technology Group, Ltd. ("Plaintiff" or "Credo") and Credo.AI Corp. ("Defendant" or "Credo AI") hereby stipulate, subject to the Court's approval, to a modified briefing schedule with respect to Defendant's Motion to Strike Plaintiff's Jury Demand and Withdraw Defendants Jury Demand and Motion to Exclude Evidence of Corrective Advertising (ECF 149-2) ("Motion to Exclude Evidence and Strike Jury Demand") and respectfully request that the Court enter the revised schedule proposed herewith.

The Parties submit that good cause exists for modifying the briefing schedule. Defendant recently filed its Motion to Exclude Evidence and Strike Jury Demand, for which Plaintiff's opposition is currently due on January 16, 2026, and Defendant's reply is due on January 23, 2026. Due to previously scheduled travel commitments of Defendant's counsel, the parties agree that a modest extension of the briefing schedule is appropriate to ensure adequate time for the preparation of the opposition and reply briefs.

Specifically, the parties agree to extend Plaintiff's deadline to file its opposition to January 21, 2026, and Defendant's deadline to file its reply to January 30, 2026. Accordingly, the parties respectfully request that the Court enter the revised deadline set forth in the stipulation.

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Plaintiff's Opposition to Defendant's Motion to Exclude Evidence and Strike Jury Demand | January 16, 2026 | January 21, 2026 |
| Defendant's Reply In Support of Motion to Exclude Evidence and Strike Jury Demand | January 23, 2026 | January 30, 2026 |

|   |   |   |
|---|---|---|
| IT IS SO STIPULATED. | | Respectfully submitted, |
| Dated: January 9, 2026 | | JOYCE LIOU<br>RICHARD S.J. HUNG<br>JACK W. HAISMAN<br>IRENE T. QUACH<br>MORRISON & FOERSTER LLP |
| | | By:  */s/ Joyce Liou*<br>Joyce Liou<br>*Attorneys for Plaintiff*<br>CREDO TECHNOLOGY GROUP, LTD. |
| Dated: January 9, 2026 | | VIJAY K. TOKE<br>NIKOLAUS A. WOLOSZCZUK<br>PRANGER LAW PC |
| | | By:  */s/ Vijay K. Toke*<br>Vijay K. Toke<br>*Attorneys for Defendant*<br>CREDO.AI CORP |

**ECF CERTIFICATION**

I, Vijay K. Toke, am the ECF User whose ID and password are being used to file the Joint Stipulation and Motion to Modify Case Schedule. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Joyce Liou has concurred in this filing.

Dated:   January 9, 2026              /s/  *Vijay K. Toke*
                                      Vijay K. Toke

**[PROPOSED] CASE MANAGEMENT ORDER**

The above Joint Stipulation and Motion to Modify Case Schedule is approved as the Modified Case Schedule for this case and all parties shall comply with its provisions. [In addition, the Court makes the further orders stated below.]

IT IS SO ORDERED.

Dated: January 12, 2026

_____
Hon. Charles R. Breyer
United States District Court Judge