Joyce Liou (CA SBN 277720)
jliou@mofo.com
Richard S.J. Hung (CA SBN 197425)
rhung@mofo.com
Jack W. Haisman (CA SBN 346100)
jhaisman@mofo.com
Irene Truong Quach (CA SBN 358638)
iquach@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Plaintiff
CREDO TECHNOLOGY GROUP, LTD.

Vijay K. Toke (CA SBN 215079)
Nikolaus A. Woloszczuk (CA SBN 286633)
PRANGER LAW PC
88 Guy Place, Suite 405
San Francisco, CA 94105
Tel: 415-885-9800 | Fax: 415-944-1110
vtoke@prangerlaw.com
nwoloszczuk@prangerlaw.com

ATTORNEYS FOR DEFENDANT
CREDO.AI CORP.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Credo Technology Group, Ltd., <br><br> Plaintiff, <br><br> v. <br><br> Credo.AI Corp., <br><br> Defendant. | Case No. 3:24-cv-02032-CRB <br><br> **JOINT STIPULATION AND MOTION TO MODIFY CASE SCHEDULE AS TO DAMAGES EXPERT DISCOVERY AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER** |

Plaintiff Credo Technology Group, Ltd. ("Plaintiff" or "Credo") and Credo.AI Corp. ("Defendant" or "Credo AI") hereby stipulate, subject to the Court's approval, to modify the case schedule with respect to the deadline for completion of damages expert discovery and respectfully request that the Court enter the revised schedule proposed below.

The Parties submit that good cause exists to continue the current January 15, 2026 deadline to complete damages expert discovery. ECF 71. Defendant has filed a Motion to Strike Plaintiff's Jury Demand and Withdraw Defendants Jury Demand and Motion to Exclude Evidence of Corrective Advertising (ECF 149-2) ("Motion to Exclude Evidence and Strike Jury Demand"), which implicates the permissible scope of Plaintiff's damages theories. Plaintiff opposes the motion. Briefing will be completed by January 30, 2026 with the hearing noticed for February 6, 2026. ECF 155. Resolution of that motion will determine whether corrective advertising is a viable category of damages for Plaintiff in this case. That determination, in turn, bears directly on (1) the scope of any deposition of Plaintiff's damages expert, Mr. Kidder, and (2) whether Defendant will offer any responsive opinions from its damages expert, Mr. Boyles.

Proceeding with damages expert discovery before the Court resolves the motion risks inefficiency and the possibility of unnecessary discovery. Continuing the damages expert discovery deadline until after the Court's ruling will promote judicial and party economy and help ensure that damages expert discovery proceeds in an orderly manner that is aligned with the scope of issues in the case.

Accordingly, the parties agree that the January 15, 2026 deadline to complete damages expert discovery should be continued to a date to be determined following the Court's resolution of Defendant's motion to exclude evidence of corrective advertising. The parties will meet and confer promptly after the Court issues its ruling to propose a specific revised deadline and will provide their proposal(s) to the Court within seven days of the ruling.

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Damages Experts Discovery Cutoff relating to Mr. Kidder's and Mr. Boyles' Expert Reports | January 16, 2026 | Date to be set following the Court's ruling on Defendant's motion to exclude evidence of corrective advertising (ECF 149-2).  The parties will meet and confer promptly after the Court issues its ruling to propose a specific revised deadline and will provide their proposal(s) to the Court within seven days of the ruling. |

IT IS SO STIPULATED.                              Respectfully submitted,

Dated:       January 13, 2026                     JOYCE LIOU
                                                  RICHARD S.J. HUNG
                                                  JACK W. HAISMAN
                                                  IRENE T. QUACH
                                                  MORRISON & FOERSTER LLP

                                                  By:    /s/ Joyce Liou
                                                         Joyce Liou
                                                         *Attorneys for Plaintiff*
                                                         CREDO TECHNOLOGY
                                                         GROUP, LTD.

Dated:       January 13, 2026                     VIJAY K. TOKE
                                                  NIKOLAUS A. WOLOSZCZUK
                                                  PRANGER LAW PC

                                                  By:    /s/ Vijay K. Toke
                                                         Vijay K. Toke
                                                         *Attorneys for Defendant*
                                                         CREDO.AI CORP

**ECF CERTIFICATION**

I, Vijay K. Toke, am the ECF User whose ID and password are being used to file the joint case management statement. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Joyce Liou has concurred in this filing.

Dated:   January 13, 2026

/s/ *Vijay K. Toke*
Vijay K. Toke

**[PROPOSED] CASE MANAGEMENT ORDER**

The above Joint Stipulation and Motion to Modify Case Schedule is approved as the Modified Case Schedule for this case and all parties shall comply with its provisions. [In addition, the Court makes the further orders stated below.]

IT IS SO ORDERED.

Dated: January 14, 2026

_____
Hon. Charles R. Breyer
United States District Court Judge