UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CREDO TECHNOLOGY GROUP, LTD., | Case No. 3:24-cv-02032-CRB |
| Plaintiff, | [PROPOSED] ORDER GRANTING CREDO'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL EVIDENCE IN OPPOSITION TO DEFENDANT CREDO AI'S MOTION FOR SUMMARY JUDGMENT |
| v. | |
| CREDO.AI CORP., | |
| Defendant. | |

Having considered Plaintiff Credo Technology Group, Ltd.'s ("Credo") February 4, 2026 Motion for Leave to File Supplemental Evidence in Opposition to Defendant Credo AI's Motion for Summary Judgment ("Administrative Motion"), the Court hereby **GRANTS** the Motion and Credo has permission to submit the supplemental evidence and materials attached to the Administrative Motion as Exhibit A, which is hereby deemed to be filed with the Court.

**IT IS SO ORDERED.**

Dated: March 23 , 2026

_____
HONORABLE CHARLES R. BREYER
United States District Judge