Vijay K. Toke (SB# 215079)
Nikolaus A. Woloszczuk (SB# 286633)
PRANGER LAW PC
88 Guy Place, Suite 405
San Francisco, CA 94105
Tel: 415-885-9800 | Fax: 415-944-1110
vtoke@prangerlaw.com
nwoloszczuk@prangerlaw.com

Attorneys for Defendant
CREDO.AI CORP.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

CREDO TECHNOLOGY GROUP, LTD.,

       Plaintiff,

  vs.

CREDO.AI CORP.,

       Defendant.

Case No. 3:24-cv-02032-CRB

**[PROPOSED] ORDER GRANTING CREDO.AI'S ADMINISTRATIVE MOTION TO CONSIDER SEALING ANOTHER PARTY'S MATERIALS SUBMITTED IN SUPPORT OF CREDO.AI'S REPLY BRIEF IN SUPPORT OF ITS MOTION TO EXCLUDE EVIDENCE OF CORRECTIVE ADVERTISING, STRIKE PLAINTIFF'S JURY DEMAND, AND WITHDRAW DEFENDANT'S JURY DEMAND**

Having considered Credo.AI's Administrative Motion to Consider Whether Another Party's Materials Filed in Conjunction with Credo.AI's Reply Brief in Support of its Motion to Exclude Evidence of Corrective Advertising, Strike Plaintiff's Jury Demand and Withdraw Defendant's Jury Demand Should be Sealed, and any statements or opposition papers submitted in responses thereto, and for good cause shown, IT IS HEREBY ORDERED that the Administrative Motion is GRANTED.

The following materials shall be filed under seal:

| DOCUMENT | PORTION TO BE FILED UNDER SEAL | DESIGNATING PARTY |
|---|---|---|
| Credo AI's Reply in Support of its Motion to Exclude Evidence of Corrective Advertising, Strike Plaintiff's Jury Demand, and Withdraw Defendant's Jury Demand | Highlighted Portions in **YELLOW** by page:line (p. 2:22-24, 3:7-8, 3:17-18, 3:23-25, 5:8) | Plaintiff Credo Technology Group, Ltd. |

**IT IS SO ORDERED.**

Dated: <u>Mar</u>ch 30, 2026          By: _____

Hon. Charles R. Breyer
United States District Court Judge

[PROPOSED] ORDER GRANTING CREDO.AI'S ADMINISTRATIVE MOTION TO CONSIDER SEALING ANOTHER PARTY'S MATERIALS SUBMITTED IN SUPPORT OF CREDO.AI'S REPLY BRIEF IN SUPPORT OF ITS MOTION TO EXCLUDE EVIDENCE OF CORRECTIVE ADVERTISING, STRIKE PLAINTIFF'S JURY DEMAND, AND WITHDRAW DEFENDANT'S JURY DEMAND
CASE NO. 3:24-cv-02032-CRB
2