Joyce Liou (CA SBN 277720)
jliou@mofo.com
Richard S.J. Hung (CA SBN 197425)
rhung@mofo.com
Jack W. Haisman (CA SBN 346100)
jhaisman@mofo.com
Irene Truong Quach (CA SBN 358638)
iquach@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Plaintiff
CREDO TECHNOLOGY GROUP, LTD.

Vijay K. Toke (CA SBN 215079)
Nikolaus A. Woloszczuk (CA SBN 286633)
PRANGER LAW PC
88 Guy Place, Suite 405
San Francisco, CA 94105
Tel: 415-885-9800 | Fax: 415-944-1110
vtoke@prangerlaw.com
nwoloszczuk@prangerlaw.com

ATTORNEYS FOR DEFENDANT
CREDO.AI CORP.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CREDO TECHNOLOGY GROUP, LTD.,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>CREDO.AI CORP.,<br><br>　　　　　　　Defendant. | Case No.: 3:24-cv-02032<br><br>**JOINT STIPULATION AND MOTION TO MODIFY CASE SCHEDULE & [~~PROPOSED~~] ORDER**<br>**CASE NO. 3:24-CV-02032-CRB** |

JOINT STIPULATION AND MOTION TO MODIFY CASE SCHEDULE & [~~PROPOSED~~] ORDER
CASE NO. 3:24-CV-02032-CRB - 1

Plaintiff Credo Technology Group, Ltd. ("Plaintiff") and Credo.AI Corp.("Defendant") hereby stipulate, subject to the Court's approval, to modify the case schedule with respect to Defendant's deadline to file its supplemental expert report and responsive brief ordered by the Court on March 23, 2026 (ECF 172) and respectfully request that the Court enter the revised schedule proposed below.

The Parties submit that good cause exists for modifying the briefing schedule. The Court recently granted leave for Plaintiff to file supplemental evidence in opposition to Defendant's motion for summary judgment. (ECF 172). In the same order the Court granted Defendant leave to submit a responsive expert report and up to ten pages of responsive briefing. Defendant's responsive expert report and briefing are currently due on April 20, 2026. Due to previously scheduled travel commitments of Defendant's expert and Defendant's counsel, the Parties agree that a modest extension of the briefing schedule is appropriate to ensure adequate time for the preparation of Defendant's responsive submissions.

Specifically, the Parties agree to extend Defendant's deadline to file its responsive expert report and briefing to April 27, 2026. Accordingly, the Parties respectfully request that the Court enter the revised deadlines set forth in this stipulation.

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Supplemental Report of Credo.AI Expert David Danks | April 20, 2026 | April 27, 2026 |
| Credo.AI's Responsive Brief | April 20, 2026 | April 27, 2026 |

*[Signatures to follow]*

JOINT STIPULATION AND MOTION TO MODIFY CASE SCHEDULE & [PROPOSED] ORDER
CASE NO. 3:24-CV-02032-CRB - 2

IT IS SO STIPULATED.

Respectfully submitted,

Dated April 10, 2026

JOYCE LIOU
RICHARD S.J. HUNG
JACK W. HAISMAN
IRENE T. QUACH
MORRISON & FOERSTER LLP


*/s/ Joyce Liou*
Joyce Liou
*Attorneys for Plaintiff*
CREDO TECHNOLOGY GROUP, LTD.

Dated:  April 10, 2026

VIJAY K. TOKE
NIKOLAUS A. WOLOSZCZUK
PRANGER LAW PC

*/s/Vijay K. Toke*
Vijay K. Toke
*Attorneys for Defendant*
CREDO.AI CORP.

**ECF CERTIFICATION**

I, Vijay K. Toke, am the ECF User whose ID and password are being used to file the joint stipulation. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Joyce Liou has concurred in this filing.

Dated: April 10, 2026                    By:    _/s/ Vijay K. Toke_
                                                    Vijay K. Toke

JOINT STIPULATION AND MOTION TO MODIFY CASE SCHEDULE & [~~PROPOSED~~] ORDER
CASE NO. 3:24-CV-02032-CRB - 4

**[PROPOSED] CASE MANAGEMENT ORDER**

The above Joint Stipulation and Motion to Modify Case Schedule is approved as the Modified Case Schedule for this case and all parties shall comply with its provisions. [In addition, the Court makes the further orders stated below.]

IT IS SO ORDERED.

Dated: April 15, 2026

_____
Hon. Charles R. Breyer
United States District Court Judge