Joyce Liou (CA SBN 277720)
jliou@mofo.com
Richard S.J. Hung (CA SBN 197425)
rhung@mofo.com
Jack W. Haisman (CA SBN 346100)
jhaisman@mofo.com
Irene Truong Quach (CA SBN 358638)
iquach@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Plaintiff
CREDO TECHNOLOGY GROUP, LTD.

Vijay K. Toke (CA SBN 215079)
Nikolaus A. Woloszczuk (CA SBN 286633)
PRANGER LAW PC
88 Guy Place, Suite 405
San Francisco, CA 94105
Tel: 415-885-9800 | Fax: 415-944-1110
vtoke@prangerlaw.com
nwoloszczuk@prangerlaw.com

Attorneys for Defendant
CREDO.AI CORP.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CREDO TECHNOLOGY GROUP, LTD., <br><br> Plaintiff, <br><br> v. <br><br> CREDO.AI CORP., <br><br> Defendant. | Case No. 3:24-cv-02032-CRB <br><br> MODIFIED <br> **JOINT STIPULATION AND MOTION TO CONTINUE HEARING DATE & [PROPOSED] ORDER** |

JOINT STIPULATION AND MOTION TO CONTINUE HEARING DATE & PROPOSED ORDER
COURT FILE NO. 3:24-CV-02032-CRB

Plaintiff Credo Technology Group, Ltd. ("Plaintiff" or "Credo") and Credo.AI Corp. ("Defendant" or "Credo AI") hereby stipulate, subject to the Court's approval, to move the hearing currently scheduled for May 29, 2026 on Defendant's Motion for Summary Judgment, Defendant's Motion to Exclude Evidence of Corrective Advertising and to Strike Plaintiffs Jury Demand ("Motion to Strike"), and Plaintiff's Motion for Partial Summary Judgment and respectfully request that the Court enter the revised schedule proposed herewith.

The Parties submit that good cause exists for modifying the case schedule. Due to longstanding previously scheduled international travel commitments of Defendant's counsel in May, the parties agree that a modest continuance is appropriate to ensure adequate preparation and attendance of Defense Counsel.

Pursuant to Civil L.R. 7-12, Plaintiff and Defendant by and through their respective counsel, hereby stipulate to continue the hearing on the above-referenced motions currently set for May 29, 2026 to June 26, 2026, or at another date in June convenient to the Court.

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Dispositive Motion Hearing | May 29, 2026 | ~~June 26, 2026~~ |

July 10, 2026 at 10:00 a.m. by videoconference (Zoom).

**[Signatures to follow]**

JOINT STIPULATION AND MOTION TO CONTINUE HEARING DATE & ~~PROPOSED~~ ORDER
COURT FILE NO. 3:24-CV-02032-CRB

IT IS SO STIPULATED.

Respectfully submitted,

Dated: April 17, 2026

JOYCE LIOU
RICHARD S.J. HUNG
JACK W. HAISMAN
IRENE T. QUACH
MORRISON & FOERSTER LLP

/s/ Joyce Liou
Joyce Liou
*Attorneys for Plaintiff*
CREDO TECHNOLOGY GROUP, LTD.

Dated: April 17, 2026

VIJAY K. TOKE
NIKOLAUS A. WOLOSZCZUK
PRANGER LAW PC

/s/ Vijay K. Toke
Vijay K. Toke
*Attorneys for Defendant*
CREDO.AI CORP.

JOINT STIPULATION AND MOTION TO CONTINUE HEARING DATE & ~~PROPOSED~~ ORDER
COURT FILE NO. 3:24-CV-02032-CRB

**ECF CERTIFICATION**

I, Vijay K. Toke, am the ECF User whose ID and password are being used to file the joint stipulation. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Joyce Liou has concurred in this filing.

Dated: April 17, 2026                    By:    /s/ Vijay K. Toke
                                                      Vijay K. Toke

JOINT STIPULATION AND MOTION TO CONTINUE HEARING DATE & ~~PROPOSED~~ ORDER
COURT FILE NO. 3:24-CV-02032-CRB

**[PROPOSED] CASE MANAGEMENT ORDER**

The above Joint Stipulation to Continue Hearing Date is approved for this case and all parties shall comply with its provisions. [In addition, the Court makes the further orders stated below.]

IT IS SO ORDERED.

Dated:   April 22, 2026

_____
Hon. Charles R. Breyer
United States District Court Judge

JOINT STIPULATION AND MOTION TO CONTINUE HEARING DATE & PROPOSED ORDER
COURT FILE NO. 3:24-CV-02032-CRB