UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CREDO TECHNOLOGY GROUP, LTD., | Case No. 3:24-cv-02032-CRB |
| Plaintiff, | [~~PROPOSED~~] **ORDER GRANTING CREDO'S SECOND ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL EVIDENCE IN OPPOSITION TO DEFENDANT CREDO AI'S MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| CREDO.AI CORP., | |
| Defendant. | |

Having considered Plaintiff Credo Technology Group, Ltd.'s ("Credo") June 12, 2026 Second Administrative Motion for Leave to File Supplemental Evidence in Opposition to Defendant Credo AI's Motion for Summary Judgment ("Second Administrative Motion"), the Court hereby **GRANTS** the Motion and Credo has permission to submit the supplemental evidence and materials attached to the Second Administrative Motion as Exhibit A, which is hereby deemed to be filed with the Court.

**IT IS SO ORDERED.**

Dated: ___June 15___, 2026

_____
HONORABLE CHARLES R. BREYER
United States District Judge